UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :
v.                                          :          **<u>ORDER</u>**
                                            :
**Christian Varela,**                       :          7- 22-cr-00499- PMH
                          Defendants.        :
                                            :
----------------------------------------------------------x

       The Court has advanced the Defendant's <u>Sentencing</u> in this matter previously scheduled

for <u>May 9, 2023, and rescheduled to May 8, 2023 at 4:00 p.m.</u> in Courtroom 520 at the White

Plains Courthouse.

Dated: April 14, 2023         SO ORDERED:

                              Philip M. Halpern, U.S.D.J